# TERRITORY OF HAWAII *v.* JIM KAUAI.

# TERRITORY OF HAWAII *v.* BEN KAUAI.

EXCEPTIONS FROM CIRCUIT COURT, THIRD CIRCUIT.

SUBMITTED JUNE 6, 1907.        DECIDED JUNE 12, 1907.

FREAR, C. J., WILDER, J., AND CIRCUIT JUDGE DE BOLT IN
PLACE OF HARTWELL, J.

APPEAL IN CRIMINAL CASE—*payment of accrued costs.*

On appeal from a district to a circuit court, costs accrued must
be paid in criminal as well as in civil cases.

OPINION OF THE COURT BY FREAR, C.J.

In each of these cases the defendant was convicted of a misdemeanor in the district court of North Kona, costs of court being included in the sentence, and the defendant appealed but did not pay the costs accrued, whereupon the circuit court, upon motion, dismissed the appeal. The only question now raised on the exceptions is whether payment of costs accrued in a district court is a prerequisite to an appeal to the circuit court in a criminal case.

This is clearly so under the terms of section 1858 of the Revised Laws, but it is contended that that section is controlled in this respect by section 2819, which provides that "it shall not be lawful to take, demand or receive any court fees for the issuing of any process," etc., for or on behalf of any person charged with any felony or misdemeanor, "but all costs may be ordered to be paid by the person charged and convicted as part of the judgment." These two sections are hardly inconsistent. One refers to the payment of fees before conviction,

the other to appeals after conviction, but if there were any inconsistency between them the section relating to appeals would control. It is of a more specific character with reference to its particular subject matter; its original was of later date than the original of section 2819 (see L. of 1905, Act 3, Sec. 6); and it has been uniformly acted upon as controlling.

The exceptions are overruled.

*E. C. Peters, Attorney General,* for the Territory.

*G. F. Maydwell* for defendants.